FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERMOGENES PALACIO,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL S. EVANS, Warden,<br><br>    Respondent. | No. CV 09-2097-FMC (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: April 6, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE